# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEAZLEY UNDERWRITING, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MODA, LLC, MB FISHER LLC, ) <br> MFF-NW LLC, and EASY SPIRIT ) <br> LLC. ) <br> ) <br> Defendants. ) <br> ) | Case No.: 3:22-cv-00872 <br><br> Kari A. Dooley, U.S.D.J. |

## JOINT STIPULATION TO DISMISS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Beazley Underwriting Ltd. and Defendants Moda, LLC, MB Fisher LLC, MFF-NW LLC, and Easy Spirit LLC stipulate to the dismissal of the above-captioned lawsuit. Each party to pay their own costs.

Dated:   January 12, 2023      **KASOWITZ BENSON TORRES LLP**

By:  /s/ _____
Christine A. Montenegro
Brian S. Choi
KASOWITZ BENSON TORRES
1633 Broadway
NY, NY 10019
212 506 1700 (Telephone)
cmontenegro@kasowitz.com
bchoi@kasowitz.com

Tony Miodonka
FINN DIXON & HERLING LLP
Six Landmark Square, Suite 600

1

Stamford, CT 06901
203 325 5000 (Telephone)
tmiodonka@fdh.com

*Attorneys for Defendants Moda, LLC, MB Fisher LLC, MFF-NW LLC, and Easy Spirit LLC*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: ___/s/_____
Daniel W. Cohen
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022
212 704 6256 (Telephone)
dan.cohen@troutman.com

Kevin F. Kieffer
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
949 622 2708 (Telephone)
kevin.kieffer@troutman.com

Ciaran B. Way
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia, PA 19103
215 981 4858 (Telephone)
ciaran.way@troutman.com

*Attorneys for Plaintiff Beazley Underwriting Ltd.*

## **CERTIFICATION**

I hereby certify that on January 12, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

TROUTMAN PEPPER
HAMILTON SANDERS LLP

By: /s/ Daniel W. Cohen
Daniel W. Cohen (Bar No. CT 30467)
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6006
Facsimile: (202) 654-5807
Email: dan.cohen@troutman.com
